UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 8:26-cv-01144 ADS                                    Date:  June 18, 2026

Title:  *Donna Kelley v. Experian Information Solutions, Inc.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

|  Kristee Hopkins  |  None Reported  |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|:---:|:---:|
| None Present | None Present |

**Proceedings:**          **(IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

On May 11, 2026, Plaintiff filed a Complaint.  (Dkt No. 1)  Plaintiff filed a proof of service, reflecting the Complaint was served on May 26, 2026.  (Dkt. No. 8.)  To date, no responsive pleading has been filed and Plaintiff has not requested entry of default.

Plaintiff is **ORDERED TO SHOW CAUSE** why this action should not be dismissed for lack of prosecution.  Plaintiff must file a written response no later than **June 25, 2026**.  Among other appropriate responses, Plaintiff may file a request for the clerk to enter default in response to this Order to Show Cause.

**Plaintiff is expressly warned that failure to timely file a response to this order may result in dismissal of the action**.

**IT IS SO ORDERED.**

Initials of Clerk kh

CV-90 (03/15)—SP                                Civil Minutes – General                                Page **1** of **1**